[868 NE2d 226, 836 NYS2d 544]

In the Matter of RODNEY ELLIOTT, Appellant, v SHERYL BUTLER, as Deputy Superintendent of Programs, Eastern Correctional Facility, et al., Respondents.

Decided May 8, 2007

### APPEARANCES OF COUNSEL

*Rodney Elliott*, appellant pro se.

*Andrew Cuomo, Attorney General*, Albany (*Kate H. Nepveu, Barbara D. Underwood* and *Daniel Smirlock* of counsel), for respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order re-

versed, without costs, and matter remitted to Supreme Court, Albany County, for a traverse hearing. The parties' submissions on the motion to dismiss raise issues of fact requiring a traverse hearing.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.